

## NUMBER 13-23-000057-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

DAVID ASHLEY TOWNSEND, Appellant,

v.

REBECCA SANTOS, Appellee.

### On appeal from the 343rd District Court
### of Live Oak, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Longoria**

This cause is before the Court on appellant's motion to dismiss appeal. The parties have reached an agreement to compromise and settle their differences, and appellant requests the cause be dismissed.

The Court, having considered the documents on file and the motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs are taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
4th day of May, 2023.

2